FILED
MAR 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR954-JM |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony) |
| JOSE ERNESTO MARTINEZ-SIQUEIROS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 28, 2008, within the Southern District of California, defendant JOSE ERNESTO MARTINEZ-SIQUEIROS, did knowingly and intentionally import [5 kilograms or more, to wit:] approximately 26.66 kilograms (58.65 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 27, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
3/27/08