AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |
|---|---|
| | Print Name / Bar Number |
| | Address |
| | City / State / Zip Code |
| | Phone Number / Fax Number |

**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: elizabeth_barros@fd.org

Attorneys for Jose Ernesto Martinez-Siqueiros

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0954-JM |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| JOSE ERNESTO MARTINEZ-SIQUEIROS, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

George Vincent Manahan
george.manahan@usdoj.gov, barbara.townsend@usdoj.gov, Efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:    July 1, 2008         /s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Jose Ernesto Martinez-Siqueiros